IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEDERAL HOME LOAN
MORTGAGE CORPORATION
also known as
Freddie Mac,

    Plaintiff,

    v.

ROBERT MORGAN
AND/OR ALL OTHERS,

    Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-4813-TWT

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Douglas County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Douglas County.

SO ORDERED, this 31 day of January, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge